IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN INDIANA

| | |
|---|---|
| ASHLY RODRIGUEZ, MADELLINE MELENDEZ,<br>    PLAINTIFFS,<br>v.<br>JUDA PARKS,<br>    DEFENDANTS. | CASE: 2:19cv44<br><br>JUDGE MOODY<br>MAG. JUDGE MARTIN |

### PLAINTIFF'S MOTION FOR A PRE-TRIAL SUBMISSIONS BRIEFING SCHEDULE

NOW COME Plaintiffs by and through counsel, Christopher Cooper. Plaintiffs move the Court pursuant to its discretion.

(1) On March 28, 2025, the Court issued Dkt 89 evincing the above captioned matter is ready for pre trial submissions (as to the case against Defendant Parks).

    WHEREFORE, Plaintiff respectfully requests that the Court order pre trial submissions. And to provide possible dates if possible.

Respectfully,

| | |
|---|---|
| s\Christopher Cooper, ESQ., Counsel for Plaintiffs<br>A FRATERNAL ORDER OF POLICE LEGAL DEFENSE PLAN ATTORNEY<br>Law Office of Christopher Cooper, Inc.<br>426 N. Broad St., Griffith, IN 46319<br>Tel: 312 473 2968 [or] 219 228 4396  cooperlaw3234@gmail.com | 4-9-2025 |