# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| ASHLY RODRIGUEZ, <br> MADELLINE MELENDEZ, <br><br> Plaintiffs, <br><br> v. <br><br> JUDA PARKS, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Cause No. 2:19-cv-44-PPS <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

As the parties have indicated they have reached a settlement, the trial date previously set for March 2, 2026, is HEREBY VACATED. The parties are ORDERED to file a notice or stipulation of dismissal on or before March 25, 2026.

SO ORDERED.

ENTERED: February 25, 2026.

                                                     /s/ Philip P. Simon <br>
                                                     PHILIP P. SIMON, JUDGE <br>
                                                     UNITED STATES DISTRICT COURT