IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN INDIANA

| | |
|---|---|
| ASHLY RODRIGUEZ, MADELLINE MELENDEZ, | ) CASE:  2:19cv44 |
|     PLAINTIFFS, | ) JUDGE SIMON |
|     v. | ) MAG. JUDGE MARTIN |
| JUDA PARKS, | ) |
|     DEFENDANT. | ) |

**STIPULATION TO DISMISS**
**(March 18, 2026)**

The parties state pursuant to FRCP 41(a)(2) : IT IS HEREBY STIPULATED AND AGREED through the respective undersigned attorneys, the above-captioned matter is dismissed with prejudice, each party to pay its own costs and attorney fees, all matters having been settled.

Respectfully,
s\Christopher Cooper, ESQ., Counsel for Plaintiffs
Law Office of Christopher Cooper, Inc.
426 N. Broad Street, Griffith, IN 46319
Tel: 312 473 2968 Tel: 219 228 4396 FAX: 866 334 7458 cooperlaw3234@gmail.com

s\Michael E. Tolbert, Counsel for Defendant
Tolbert & Tolbert LLC
1085 Broadway, Suite B, Gary, Indiana 46402
Phone: (219) 427-0094 mtolbert@tolbertlegal.com

s\Ricardo Hall, Co-Counsel for Defendant
Quintairos, Prieto, Wood & Boyer, P.A.
9111 Broadway Suite RR #2
Merrillville, IN 46410
Ph: (219) 387-0090 ext. 4811  Email: ricardo.hall@qpwblaw.com


CERTIFICATE OF SERVICE:  The undersigned affirms that he filed the foregoing on ECF-Odyssey on 3-18-2026 and that Defendant is a registered e-filer.  s\Christopher Cooper