**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| ASHLY RODRIGUEZ, | ) |
| MADELLINE MELENDEZ, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Cause No. 2:19-cv-44 |
| v. | ) |
| | ) |
| JUDA PARKS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Parties' Stipulation of Dismissal [DE 138] is **GRANTED**. Pursuant to Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby

**DISMISSED WITH PREJUDICE**, with each party paying its own costs and attorney

fees. All other pending motions are **DENIED** as moot. The Clerk is **DIRECTED** to

close the case.

**SO ORDERED**.

ENTERED:  March 19, 2026.

/s/Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT